IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )        2:94cr62-MHT
RONALD LANDER               )            (WO)
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The defendant Ronald Lander's objections (Doc. No. 1933) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 1929) is adopted.

(3) Defendant Lander's Amendment 505 motion for reduction of sentence (Doc. No. 1920) is denied.

DONE, this the 7th day of December, 2007.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE